IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DEBBIE HODGE**                                                                       **PLAINTIFF**

v.                                       NO. 3:07CV00201 BD

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration**                                                            **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered in this case, Judgment is hereby rendered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Debbie Hodge.

DATED this 14th day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE